**BROWN KWON & LAM LLP**

Brown Kwon & Lam LLP
Attorneys at Law
521 Fifth Avenue
New York, NY
Tel.: (212)
Fax: (718)
Email: info

Writer's Direct:   clam@bkll
(212) 295-

**Via ECF**
The Honorable Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

> Application granted. The October 15, 2024 telephonic initial pretrial conference is adjourned to November 12, 2024 at 9:30 a.m.
>
> The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 18.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         October 3, 2024

Re:   *Mobley v. Daisy Floral Services Corp d/b/a Graceland Florist, et al.*
      Case No.: 7:24-cv-4418 (PMH)(JCM)

Dear Judge Halpern,

We are counsel for Plaintiff and write to respectfully request an adjournment of the Initial Conference, which is currently scheduled for October 15, 2024, at 11:00 a.m. *See* Dkt. No. 17. Defendants consent to the adjournment.

Plaintiff's counsel is out of the country on October 15, 2024, and will be returning after October 21, 2024. As a result, the parties write to respectfully request an adjournment of the Initial Conference and the deadline to file the parties' joint submissions for the Initial Conference. This is the first request for an adjournment of this conference.

Thank you for your time and consideration.

Respectfully Submitted,

/s/ *Clara Lam*
Clara Lam, Esq. (CL6399)


cc: All Parties via ECF