UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
DARNELL MOBLEY,

                                Plaintiff,

v.                                                      **ORDER**

DAISY FLORAL SERVICES CORP., et al.,        24-cv-04418 (PMH)

                                Defendants.
----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

       The Court has been informed that the parties have reached a settlement in principle in this case. (Doc. 29). Accordingly, it is hereby **ORDERED** that the parties shall file, by **June 23, 2025**, either: (i) a joint *Cheeks* submission and fully executed proposed settlement agreement, or (ii) a Proposed Judgment pursuant to Federal Rule of Civil Procedure 68. *See Mei Xing Yu v. Hasaki Rest., Inc.*, 944 F.3d 395, 398 (2d Cir. 2019).

       Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

                                               **SO ORDERED:**

Dated:  White Plains, New York
            June 3, 2025

                                               PHILIP M. HALPERN
                                               United States District Judge