**BROWN KWON & LAM LLP**

Brown Kwon & Lam, LLP
Attorneys at Law
521 Fifth Avenue, 17th Floor
New York, NY 10175
Tel.: (212) 295-5828
Fax: (718) 795-1642
Email: info@bkllawyers.com

Writer's Direct: clam@bkllawyers.com
(212) 295-5827

> Application granted.
>
> The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 31.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> June 20, 2025

**Via ECF**
The Honorable Philip M. Halpern, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *Mobley v. Daisy Floral Services Corp d/b/a Graceland Florist, et al.*
Case No.: 7:24-cv-4418 (PMH)(JCM)

Dear Judge Halpern,

We represent Plaintiff in the above-referenced matter and write jointly with counsel for Defendants to request a 3-week extension of time, until July 10, 2025, to file the parties' settlement agreement for court approval. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. Aug. 7, 2015).

Pursuant to the Court's Order, the parties' application for judicial approval is due on June 23, 2025. While the parties have worked to meet that deadline, we require additional time to finalize the language of the settlement agreement and to allow for execution prior to filing of the *Cheeks* motion. There have been no prior requests for an extension of this date.

Thank you for your time and consideration.

Respectfully Submitted,

/s/ *Clara Lam*
Clara Lam, Esq. (CL6399)

cc: All Parties via ECF