

Counseling and Advising Clients Exclusively on Laws of the Workplace

Zabell & Collotta, P.C.
1 Corporate Drive
Suite 103
Bohemia, New York 11716
Tel. 631-589-7242
Fax.
www

Ryan M. Eden, Esq.
Email: REden@laborlawsny.com

> Application granted.
>
> The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 33.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> July 9, 2025

July 8, 2025

**VIA ELECTRONIC CASE FILING**

The Honorable Philip M. Halpern
United States District Court Judge
United States District Court
Southern District of New York
300 Quarropas Street, Room 530
White Plains, New York 10601

    Re:    Darnell Mobley v. Daisy Floral Services Corp., *et al.*
            Case No.: 24-cv-4418 (PMH)

Your Honor:

      This firm is counsel to Defendants in the above-referenced matter. We write to respectfully request a brief, one (1) week extension of the Parties' deadline to file a joint motion for judicial approval of their Settlement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. Aug. 7, 2015).

      Presently, the Parties' deadline to file a joint motion is Thursday, July 10, 2025. The Parties have finalized and have begun to execute the Settlement Agreement prepared in this action. However, one of the Defendants is presently unavailable to review and execute the Agreement. Accordingly, the Parties are seeking until Thursday, July 17, 2025 to file their motion. This is the Parties' second request for an extension of the deadline.

# Zabell & Collotta, P.C.
EMPLOYMENT COUNSELING, LITIGATION, LABOR & BENEFITS LAW

July 8, 2025
Page 2 of 2

The parties thank the Court for its time and attention to this matter. We remain available should the Court seek additional information in connection with this submission.

Respectfully submitted,

ZABELL & COLLOTTA, P.C.

*Ryan Eden*
Ryan M. Eden

cc:   Client
      All Counsel of Record (*via* Electronic Case Filing)