UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARNELL MOBLEY, *on behalf of himself and others similarly situated,*

Plaintiff,

– against –

DAISY FLORAL SERVICES CORP. d/b/a GRACELAND FLORIST, JOSEPH EDWARDS, JR., JOSEPH EDWARDS a/k/a ROGER and ANNMARIE HOLZBERG,

Defendants.

Case No.: 7:24-cv-4418

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, and ordered by the Court, that:

(a) The Parties' settlement of claims under the Fair Labor Standards Act is fair and reasonable in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015); and

(b) Any and all claims and causes of action that were or could have been asserted herein, including, but not limited to Plaintiff's claims asserted under the Fair Labor Standards Act and the New York Labor Law, are dismissed *with prejudice* pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and without costs, disbursements or attorneys' fees to any Party, except as provided for in the Parties' settlement agreement or otherwise agreed to between the Parties; and

(c) The Court shall retain jurisdiction of this matter for the sole purposes of enforcing the Parties' settlement.

Dated: July 17, 2025

**BROWN KWON & LAM, LLP**

By: Clara Lam, Esq.
521 Fifth Ave., 17th Floor
New York, NY 10175
(212) 295-5828
clam@bkllawyers.com
*Attorneys for Plaintiff*

Dated: July 16, 2025

**ZABELL & COLLOTTA, P.C.**

By: Ryan M. Eden, Esq.
1 Corporate Dr., Suite 103
Bohemia, New York 11716
(631) 589-7242
reden@laborlawsny.com
*Attorneys for Defendants*

SO ORDERED:

_____
Hon. Philip M. Halpern
United States District Judge

Dated: July 18, 2025
White Plains, New York

PMH